EMMA TEWES, Respondent, *v.* NORTH GERMAN LLOYD
STEAMSHIP COMPANY, Appellant.

*Tewes* v. *North German Lloyd S. S. Co.*, 104 App. Div. 619, reversed.
(Argued May 21, 1906; decided October 9, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 4, 1905, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for a loss of baggage through
the alleged negligence of defendant.

*Joseph Larocque, Jr.*, for appellant.

*Lyman W. Redington* for respondent.

Judgment reversed and new trial granted, costs to abide
event, unless plaintiff stipulates to reduce her recovery to
the sum of fifty dollars, with interest from the date of the
loss, with costs, in which event the judgment as reduced is
affirmed, without costs of this appeal, on opinion in *Tewes* v.
*North German Lloyd S. S. Co.* (186 N. Y. 151).

Concur: GRAY, EDWARD T. BARTLETT, WERNER and
HISCOCK, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J.
Absent: O'BRIEN, J.